IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ONEXUS METALS LLC,

        Plaintiff,                             24cv1770

                                              ELECTRONICALLY FILED

    v.

CRH CANADA GROUP, INC.,

        Defendant.

## Order adopting Report and Recommendation on Motion for Attorney's Fees, Costs and Expenses

Pending before this Court is Plaintiff's Motion for Attorney's fees, costs and expenses awarded on Plaintiff's Motion to Compel Discovery and for Sanctions, and the Report and Recommendation of Special Master Lenihan (Doc. 58 and Doc. 75).

On April 11, 2026, Special Master Lenihan issued a thorough Report and Recommendation in which she recommended that Plaintiff's Motion for Attorney's Fees, Costs and Expenses (Doc. 58) be granted in part and denied in part (Doc. 75).

Specifically, Special Master Lenihan reports that the that the rates charged by Attorneys Sneath, Jacobs and Parks and paralegal Tourok are reasonable and she recommends that these rates be used in applying the lodestar method of calculating reasonable attorneys' fees and costs. Special Master Lenihan does not recommend a reduction for the attendance of a second attorney

at the three 30(b)(6) corporate designee depositions in this case. Further, she declines to recommend a reduction in fees based on Defendant's unreasonable ratio argument.  Rather, she reports that this log entry is reasonable and recommends that it should not be reduced.

As to the remainder of the entries by Attorney Sneath objected to by Defendant (September 18, 2024 for .9 hours, and October 16, 2025 for 1.2 hours), Special Master Lenihan reports that reviewing and analyzing drafts of motions and briefs are matters that are properly billed by Attorney Sneath as the lead attorney. As such, these entries do not require delegation to either Mr. Jacobs, Mr. Park, or Ms. Torok. Accordingly, Special Master Lenihan recommends that these log entries are reasonable and should not be reduced, and further, that the September 8, 2025 log entry of 2.1 hours by Attorney Sneath should be excluded from the lodestar.

Additionally, Special Master Lenihan considers the remaining seven other matters specifically objected to by Defendant and notes that all involve redacted log entries by Attorney Jacobs (Doc. 63).  She reports that each entry was incurred in connection with the preparation of the Motion to Compel and for Sanctions, does not find the entries to be improper or unreasonable, and therefore, does not recommend that such time be excluded.  Special Master Lenihan does not, however, recommend Plaintiff be awarded legal fees associated with drafting the instant Motion.

In sum, Special Master Lenihan recommends that Plaintiff be awarded attorney's fees and costs in the total amount of $109,025.51, consisting of:

a. $58,542.50 for fees and $9,761.01 for costs/expenses related to the 30(b)(6) depositions; and

b.. $33,062.00 for fees and $7660.00 for costs/expenses related to the Motion to Compel and for Sanctions.

Pursuant to Fed. R. Civ. Pr. 53(f)(2), , the parties had 21 days to file objections to this Report and Recommendation.  As of this date, no objections have been filed.

And now, this 26th day of May, 2026, this Court hereby Affirms and Adopts the thorough and well-reasoned Report and Recommendation and attendant analysis of Special Master Lenihan, in whole.

Accordingly, IT IS HEREBY ORDERED that:

Plaintiff's Motion for Attorney's Fees, Costs and Expenses is granted in part and denied in part as more fully set forth herein above.

It is further ORDERED that Plaintiff be awarded attorney's fees and costs in the total amount of $109,025.51, consisting of:

1. $58,542.50 for fees and $9,761.01 for costs/expenses related to the 30(b)(6) depositions; and

2. $33,062.00 for fees and $7660.00 for costs/expenses related to the Motion to Compel and for Sanctions.

Defendant shall remit payment of the awarded amount within 14 days of the entry of the

Order.

SO ORDERED this 26th day of May, 2026.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

CC:    All  ECF-registered counsel of record